[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 14, 2005
THOMAS  K. KAHN
CLERK

No. 04-11839

_____

D. C. Docket No. 00-00542 CV-PCH


ROBERT S. WOLFF,
EDWARD TURNER, et al.,

Plaintiffs-Appellees,

versus

CASH 4 TITLES,
d.b.a. Charles Richard Homa, et al.,

Defendants,

LINDA WILSON,
WORLD EXPRESS INTERNATIONAL, LLC,

Interested-Parties-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 14, 2005)**

Before DUBINA and WILSON, Circuit Judges, and LAWSON*, District Judge.

PER CURIAM:

AFFIRMED. <u>See</u> 11th Cir. R. 36-1.[1]

---

*Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.

---

[1] 11th Cir. R. 36-1 provides:
When the court determines that any of the following circumstances exist:

    (a)    the judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)    the evidence in support of a jury verdict is sufficient;

    (c)    the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)    summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)    the judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.